Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Taye Coles**                                                                 :      Case No. 11−26803−CMB
    *Debtor(s)*                                          :      Chapter: 13
                                                                                :
                                                                                :
                                                                                :      Related to Dkt. No. 171
                                                                                :

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this **28th day of September, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                                  Carlota M. Böhm, Judge
                                                                  United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-26803-CMB
Taye Coles                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 3          Date Rcvd: Sep 28, 2016
                              Form ID: 309        Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
```
db          +Taye Coles,    569 Lobinger Avenue,    Braddock, PA 15104-2262
cr           ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr           JPMORGAN CHASE BANK, NA,    Mail Code LA4-5555  700 Kansas Lane,    Monroe, LA  71203
13223087     ASPIRE VISA,    P O BOX 105555,    Atlanta, GA 30348-5555
14068004    +Borough of North Braddock,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
13223089     CBCS FOR CALVERY-KEY BANK,    P O BOX 69,    Columbus, OH 43216
13233613     CBCS/CALVERY BANK,    PO BOX 69,    Columbus, OH 43216
13550538    +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13280906     Educational Credit Management Corporation,    P. O. Box 16408,    St. Paul, MN 55116-0408
13322713    +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
              Norfolk VA 23541-0907
13223090    +JOYCE K COLES,    569 LOBINGER AVE,    Braddock, PA 15104-2262
13223091    +JP MORGAN CHASE,    C/O JOSEPH GOLBECK, ESQ,    STE 5000, MELLON INDEPENDENCE CTR,
              701 MARKET ST,    Philadelphia, PA 19106-1538
13233614    +JP MORGAN CHASE BANK,    C/O MICHAEL MCKEEVER, ESQ,    STE 5000 MELLON INDEPENDENCE CTR,
              701MARKET ST,    Philadelphia, PA 19106-1538
13233615     JP MORGAN/CHASE,    PO BOX 100564,    Florence, SC 29502-0564
13474061    +JP Morgan Chase Bank, N.A.,    MAIL CODE: OH4- 7133,    3415 Vision Drive,
              Columbus, OH 43219-6009
13223092     RJM ACQUISITIONS LLC,    P O BOX 18006,    Hauppauge, NY 11788-8806
13233616     RJM ACQUISTIONS,    PO BOX 18006,    Hauppauge, NY 11788
13233617    +SCS FOR HOUSEHOLD RETAIL,    PO BOX 9100,    Farmingdale, NY 11735-9100
13223093     SUNRISE CREDIT SERVICES FOR,    FOR HOUSEHOLD RETAIL,    P O BOX 9100,
              Farmingdale, NY 11735-9100
13223095    +WASHINGTON MUTUAL,    P O BOX 100564,    Florence, SC 29502-0564
13233619     WOODLAND HILLS SD,    C/O MICHAEL MCCABE, ESQ,    FRICK BLDG, 14TH FLOOR,    437 GRANT STREET,
              Pittsburgh, PA 15219-6107
13276712    +Woodland Hills School District,    % Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6107
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           EDI: AIS.COM Sep 29 2016 01:23:00     Midland Funding LLC by American InfoSource LP as a,
              Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
cr           EDI: AIS.COM Sep 29 2016 01:23:00     Midland Funding LLC by American InfoSource LP as a,
              PO Box 4457,   Houston, TX  77210-4457
cr          +EDI: PRA.COM Sep 29 2016 01:23:00     PRA Receivables Management, LLC,    PO Box 12907,
              Norfolk, VA 23541-0907
cr           EDI: RECOVERYCORP.COM Sep 29 2016 01:23:00      Recovery Management Systems Corporation,
              25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
cr          +E-mail/Text: giglmi@whsd.net Sep 29 2016 01:56:00      Woodland Hills School District,
              Administrative Office,    2430 Greensburg Pike,    Pittsburgh, PA 15221-3611
13223086     EDI: AMEREXPR.COM Sep 29 2016 01:23:00     AMERICAN EXPRESS CO,
              C/O UNITED RECOVERY SYSTEMS, LP,    P O BOX 722929,    Houston, TX 77272-2929
13233610    +EDI: AMEREXPR.COM Sep 29 2016 01:23:00     AMEX,    PO BOX 722929,    Houston, TX 77272-2929
13303610    +EDI: ACCE.COM Sep 29 2016 01:23:00     ASSET ACCEPTANCE LLC,    PO BOX 2036,
              WARREN MI 48090-2036
13275323     EDI: BECKLEE.COM Sep 29 2016 01:13:00     American Express Travel Related Services,   Co, Inc,
              c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13227610     EDI: AIS.COM Sep 29 2016 01:23:00     American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
13225205     EDI: RESURGENT.COM Sep 29 2016 01:23:00     B-Real, LLC,    MS 550,    PO Box 91121,
              Seattle, WA 98111-9221
13223088    +EDI: ACCE.COM Sep 29 2016 01:23:00     BANK FIRST,    C/O ASSET ACCEPTANCE,    P O BOX 2036,
              WARREN, MI 48090-2036
13233612    +EDI: ACCE.COM Sep 29 2016 01:23:00     BANKFIRST,    C/O ASSET ACCEPTANCE,    PO BOX 2036,
              Warren, MI 48090-2036
13270326    +EDI: OPHSUBSID.COM Sep 29 2016 01:23:00     CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
              2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13264472     EDI: CAPITALONE.COM Sep 29 2016 01:23:00     Capital One Bank (USA), N.A. by American InfoSourc,
              PO Box 71083,    Charlotte, NC  28272-1083
13233608    +E-mail/Text: bankruptcy@cavps.com Sep 29 2016 01:55:34      Cavalry Portfolio Services, LLC,
              500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13278039    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 29 2016 01:56:05      Duquesne Light Company,
              c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13275692     EDI: RECOVERYCORP.COM Sep 29 2016 01:23:00     Equable Ascent Financial, LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13263060     EDI: RECOVERYCORP.COM Sep 29 2016 01:23:00     Granite Recovery LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13619937     EDI: AIS.COM Sep 29 2016 01:23:00     Midland Funding LLC,    by American InfoSource LP as agent,
              Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
```

```
District/off: 0315-2            User: jhel                  Page 2 of 3                   Date Rcvd: Sep 28, 2016
                                Form ID: 309                Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13537062       EDI: AIS.COM Sep 29 2016 01:23:00      Midland Funding LLC,    by American InfoSource LP as agent,
               PO Box 4457,    Houston, TX   77210-4457
13619448      +EDI: PRA.COM Sep 29 2016 01:23:00      PRA Receivables Management, LLC,     POB 41067,
               Norfolk, VA 23541-1067
13301831      +EDI: RESURGENT.COM Sep 29 2016 01:23:00      PYOD LLC,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13261315       EDI: RECOVERYCORP.COM Sep 29 2016 01:23:00       Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,     Miami, FL 33131-1605
13223094       EDI: VERIZONWIRE.COM Sep 29 2016 01:23:00       VERIZON WIRELESS,    P O BOX 25505,
               Lehigh Valley, PA 18002-5505
13310228       EDI: VERIZONEAST.COM Sep 29 2016 01:23:00       Verizon,    PO BOX 3037,
               Bloomington, IL 61702-3037
13310229      +EDI: VERIZONWIRE.COM Sep 29 2016 01:23:00       Verizon Wireless,    PO BOX 3397,
               Bloomington, IL 61702-3397
13223096      +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 29 2016 01:55:04
               WESTLAKE FINANCIAL SERVICES,     4751 WILSHIRE BLVD STE 100,    Los Angeles, CA 90010-3847
13231416       EDI: ECAST.COM Sep 29 2016 01:23:00      eCAST Settlement Corporation, assignee,
               of HSBC Bank Nevada and its Assigns,     POB 35480,    Newark, NJ 07193-5480
                                                                                              TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             J.P. Morgan Chase Bank, N.A.
cr*           +Borough of North Braddock,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
cr*            Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX   77210-4457
cr*           +PYOD LLC,    c/o Resurgent Capital Services,    PO Box 19008,    GREENVILLE, SC 29602-9008
13233611*      ASPIRE VISA,    PO BOX 105555,    Atlanta, GA 30348-5555
13620391*      Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
               Houston, TX   77210-4457
13537777*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
               Houston, TX   77210-4457
13538100*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
               Houston, TX   77210-4457
13559214*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
               Houston, TX   77210-4457
13233618*     +VERIZON WIRELESS,    PO BOX 25505,    Lehigh Valley, PA 18002-5505
                                                                                          TOTALS: 2, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    J.P. Morgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Borough of North Braddock jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor Taye  Coles atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```

```
District/off: 0315-2           User: jhel              Page 3 of 3            Date Rcvd: Sep 28, 2016
                               Form ID: 309            Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                            TOTAL: 8