**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TAYE COLES                                    Case No.:11-26803

    Debtor(s)

Ronda J. Winnecour                            Document No.:
    Movant
    vs.
No Repondents.

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/04/2011 and confirmed on 01/06/2012. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,049.61 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,049.61 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,106.75 | |
|   Trustee Fee | 2,010.36 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,117.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   JPMORGAN CHASE BANK | 9,046.44 | 7,102.43 | 0.00 | 7,102.43 |
|     Acct: 1099 | | | | |
|   WOODLAND HILLS SD (N BRADDOCK)(RE) | 932.00 | 605.13 | 323.81 | 928.94 |
|     Acct: J136 | | | | |
|   WOODLAND HILLS SD (N BRADDOCK)(RE) | 99.49 | 69.19 | 0.00 | 69.19 |
|     Acct: J136 | | | | |
|   N BRADDOCK BORO-TRASH FEES | 442.25 | 184.03 | 208.84 | 392.87 |
|     Acct: J136 | | | | |
|   N BRADDOCK BORO-TRASH FEES | 736.20 | 323.88 | 0.00 | 323.88 |
|     Acct: J136 | | | | |
|   JPMORGAN CHASE BANK | 24,969.52 | 22,389.25 | 3,400.23 | 25,789.48 |
|     Acct: 1099 | | | | |
| | | | | 34,606.79 |
| Priority | | | | |
|   RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAYE COLES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 11-26803 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | RUSSELL A BURDELSKI ESQ* | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RUSSELL A BURDELSKI ESQ* | 855.60 | 855.60 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXX9-12 | | | | |
| | RUSSELL A BURDELSKI ESQ* | 837.20 | 837.20 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXX3-12 | | | | |
| | RUSSELL A BURDELSKI ESQ* | 1,021.65 | 1,021.65 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXX3-13 | | | | |
| | RUSSELL A BURDELSKI ESQ* | 1,221.20 | 1,221.20 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXX6-13 | | | | |
| | RUSSELL A BURDELSKI ESQ* | 277.04 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RUSSELL A BURDELSKI ESQ* | 1,173.14 | 1,173.14 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXX7-15 | | | | |
| | RUSSELL A BURDELSKI ESQ* | 897.96 | 897.96 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXX4-15 | | | | |
| | EQUITABLE GAS CO (*) | 0.00 | 4,652.06 | 0.00 | 4,652.06 |
| | Acct: 6342 | | | | |
| | JPMORGAN CHASE BANK | 0.00 | 9,673.65 | 0.00 | 9,673.65 |
| | Acct: 1099 | | | | |
| | | | | | 14,325.71 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 5,550.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 7004 | | | | |
| | AMERICAN EXPRESS TRAVEL RELATED S | 1,521.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 1006 | | | | |
| | ASPIRE/CARD SVCS** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5994 | | | | |
| | ASSET ACCEPTANCE CORP | 1,353.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 9360 | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC(*) | 20,220.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 5005 | | | | |
| | RJM ACQUISITIONS LLC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1252 | | | | |
| | SCS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3397 | | | | |
| | MIDLAND FUNDING LLC BY AMERICAN INF | 987.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 5912 | | | | |
| | PYOD LLC | 1,918.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 4184 | | | | |
| | AMERICAN INFOSOURCE LP | 66.47 | 0.00 | 0.00 | 0.00 |
| | Acct: 8765 | | | | |
| | ECAST SETTLEMENT CORP | 233.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 3698 | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC(*) | 10,218.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 5272 | | | | |
| | MIDLAND FUNDING LLC BY AMERICAN INF | 2,292.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 5609 | | | | |
| | CAPITAL ONE BANK NA** | 1,106.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 6168 | | | | |
| | CANDICA LLC | 1,102.95 | 0.00 | 0.00 | 0.00 |
| | Acct: 4566 | | | | |
| | MIDLAND FUNDING LLC BY AMERICAN INF | 271.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 1278 | | | | |
| | ECMC(*) | 1,695.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 9673 | | | | |
| | MIDLAND FUNDING LLC BY AMERICAN INF | 552.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 9386 | | | | |

| 11-26803 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| MIDLAND FUNDING LLC BY AMERICAN INF  Acct: 7106 | 3,018.88 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERICAN INF  Acct: 2813 | 874.46 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A  Acct: 9662 | 213.72 | 0.00 | 0.00 | 0.00 |
| EQUITABLE GAS CO (*)  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES R WOOD ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\*N O N E\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 48,932.50 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        36,225.90
UNSECURED      53.198.92

Date: 11/02/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com